FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/29/2015 10:27:28 AM
PAM ESTES
Clerk

October 27, 2015

Ms. Jenica Turner
District Clerk, Wood County
P. O. Box 1707
Quitman, TX 75783
* DELIVERED VIA E-MAIL *

RE:  Case Number:           12-14-00316-CR, 12-14-00318-CR
     Trial Court Case Number:  22,003-2013, 22,005-2013

Style:  Daniel Wayne McLemore
        v.
        The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

CC:  Mr. William B. Baade (DELIVERED VIA E-MAIL)
     Mr. Thomas J. Burton (DELIVERED VIA E-MAIL)

Mandate executed on _28th_ day of _October_, 2015.

Brief explanation of action taken: Made the Trial Court aware that a Judgment Nunc Pro Tunc

needs to be Prepared to reflect Deadly Conduct instead of _____ District/County Clerk

Agg. Assault _____ Deputy Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van
Zandt and Wood Counties
www.12thcoa.courts.state.tx.us